**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **KENNETH SHANNON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **2:10-cv-01034-LRR** |
| | ) | |
| **v.** | ) | **Judge Reade** |
| | ) | |
| **BYL COLLECTION SERVICES, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO SETTLEMENT**

NOW COMES the Plaintiff, KENNETH SHANNON, by and through his attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and for his Notice of Voluntary Dismissal, Plaintiff states as follows:

1.  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses his case pursuant to a settlement agreement reached by the parties.

2.  The Defendant in this case has filed neither an answer to Plaintiff's complaint nor a motion for summary judgment.

3.  Plaintiff requests that this case be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

> Respectfully submitted,
> **KENNETH SHANNON**
>
> By:     s/ David J. Steen
>         Attorney for Plaintiff

Dated: March 2, 2011

1

David J. Steen
LARRY P. SMITH & ASSOCIATES, LTD.
205 North Michigan Avenue, 40th Floor
Chicago, IL 60601
Telephone:  (515) 724-3384
Facsimile:  (888) 418-1277
E-Mail:      dsteen@smithlaw.us